UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN SLUTZKIN,<br>A.K.A. "Lello Brian Bongiorno,"<br>Defendant. | Cr. No.:    1:25-cr-00123-MSM-PAS<br><br>In violation of 18 U.S.C. §§ 1791(a)(2), (b)(1), (C), (d)(1)(C) and (d)(3);<br><br>21 18 U.S.C. §§ 841(a)(1), (b)(1)(C) and (b)(1)(D). |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
(Possession of Contraband in Prison)

On or about the 11th day of September 2025, in the District of Rhode Island, the defendant, BRIAN SLUTZKIN, an inmate of the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island, a prison, institution, and facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, knowingly possessed a prohibited object, to wit, powder containing a mixture of fentanyl, pills containing a mixture of Acetaminophen & Oxycodone Hydrochloride, strips containing Buprenorphine & Naloxone, and Marijuana, in violation of 18 U.S.C. §§ 1791(a)(2), (b)(1), (C), (d)(1)(C) and (d)(3).

**COUNT TWO**
(Possession with intent to distribute Fentanyl)

On or about the 11th day of September 2025, in the District of Rhode Island, the

defendant, BRIAN SLUTZKIN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Fentanyl, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Possession with intent to distribute Oxycodone Hydrochloride)

On or about the 11th day of September 2025, in the District of Rhode Island, the defendant, BRIAN SLUTZKIN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Oxycodone Hydrochloride, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT FOUR
(Possession with intent to distribute Buprenorphine/Naloxone strips)

On or about the 11th day of September 2025, in the District of Rhode Island, the defendant, BRIAN SLUTZKIN, did knowingly and intentionally possess with the intent to distribute strips containing a mixture and substance containing a detectable amount of Buprenorphine/Naloxone, Schedule III Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT FIVE
(Possession with intent to distribute Marijuana)

On or about the 11th day of September 2025, in the District of Rhode Island, the defendant, BRIAN SLUTZKIN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(D).

2

A TRUE BILL:

Grand Jury Foreperson

SARA MIRON BLOOM
Acting United States Attorney

RONALD R. GENDRON
Assistant U.S. Attorney

Date: 11/19/25

STACEY ERICKSON
Assistant U.S. Attorney
Deputy Chief, Criminal Division

3