PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT **RHODE ISLAND**
DISTRICT OF RHODE ISLAND    Divisional Office

Name and Office of Person
Furnishing Information on **SARA M. BLOOM**
THIS FORM    ☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst.
U.S. Attorney    Ronald R. Gendron
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

SHOW
DOCKET NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

MAG. JUDGE
CASE NO.

Place of
offense **RHODE ISLAND**    County Providence

CASE NO.    1:25-cr-00123-MSM-PAS

USA vs.

Defendant: BRIAN SLUTZKIN

Address: ▓▓▓▓▓▓▓▓

☐ Interpreter Required    Dialect: _____

Birth
Date ▓▓▓▓    ☑ Male    ☐ Alien
    ☐ Female    (if applicable)

Social Security Number ▓▓▓▓▓▓

| DEFENDANT |
|---|

Issue: ☒ Warrant ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☑ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 5

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | | See attached. | ☒ Felony<br>☐ Misdemeanor |
| | | | ☐ Felony<br>☐ Misdemeanor |
| | | | ☒ Felony<br>☐ Misdemeanor |
| | | | ☐ Felony<br>☐ Misdemeanor |
| | | Estimated Trial Days: 3 | ☐ Felony<br>☐ Misdemeanor |

Submit    Go

## ATTACHMENT TO DEFENDANT INDICTMENT RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT: Brian Slutzkin         1:25-cr-00123-MSM-PAS

**COUNT I:** 18 U.S.C. §§ 1791(a)(2), (b)(1), (C), (d)(1)(C) and (d)(3) – Possession of Contraband in Prison – Felony

**MAXIMUM PENALTIES:** Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

**COUNT II:** 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Possession with intent to distribute Fentanyl – Felony

**MAXIMUM PENALTIES:** Imprisonment: 20 years; Supervised release: 3 years; Fine: $1,000,000; and Special assessment: $100.

**COUNT III**: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Possession with intent to distribute Oxycodone Hydrochloride – Felony

**MAXIMUM PENALTIES:** Imprisonment: 20 years; Supervised release: 3 years; Fine: $1,000,000; and Special assessment: $100.

**COUNT IV:** 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Possession with intent to distribute Buprenorphine/Naloxone strips - Felony

**MAXIMUM PENALTIES:** Imprisonment: 15 years; Supervised release: 3 years; Fine: $1,000,000; and Special assessment: $100.

**COUNT V:** 21 U.S.C. §§ 841(a)(1) & (b)(1)(D) - Possession with intent to distribute Marijuana - Felony

**MAXIMUM PENALTIES:** Imprisonment: 5 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.